UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
----------------------------------------------------------------X  
UNITED STATES OF AMERICA,

                    Plaintiff,              JUDGMENT  
   v.                                              23-CV-7173 (OEM) (LB)

EBAY INC.,

                    Defendant.  
----------------------------------------------------------------X

A Memorandum and Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on September 30, 2024, granting eBay's motion to dismiss; it is

ORDERED and ADJUDGED that eBay's motion to dismiss is granted.

Dated: Brooklyn, New York                              Brenna B. Mahoney  
       September 30, 2024                              Clerk of Court

                                                              By:     */s/Jalitza Poveda*  
                                                                           Deputy Clerk