## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: United States of America v. eBay Inc.    Docket No.: 24-3104

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Mia Donnelly

Firm: Gibson, Dunn & Crutcher LLP

Address: 1700 M Street NW, Washington, DC 20036

Telephone: (202) 887-3617    Fax:

E-mail: mdonnelly@gibsondunn.com

Appearance for: eBay Inc. / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jeffrey B. Wall / Sullivan & Cromwell LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Mia Donnelly

Type or Print Name: Mia Donnelly