

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271-A Cadman Plaza East*
*Brooklyn, New York 11201*

December 20, 2024

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
   for the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

     Re:   *United States of America v. Ebay, Inc.*, No. 24-3104

Dear Ms. Wolfe:

    The Appellant filed its Form D on December 9, 2024. Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that the deadline for filing its brief be March 10, 2025.

                        Respectfully submitted,

                        BREON PEACE
                        United States Attorney

            By:   */s/ Michael S. Blume*
                     Michael S. Blume
                     Assistant U.S. Attorney
                     (718) 254-6479

cc:    Counsel for Appellee (by ACMS)