UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3104

**Caption [use short title]**

**Motion for:** Unopposed Motion for Voluntary Dismissal

Set forth below precise, complete statement of relief sought:

To voluntarily dismiss this appeal under Federal Rule of Appellate Procedure 42(b)(2).

United States of America v. eBay, Inc.

**MOVING PARTY:** United States  **OPPOSING PARTY:** eBay, Inc.

☒ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Daniel Halainen  **OPPOSING ATTORNEY:** Jeffrey B. Wall

[name of attorney, with firm, address, phone number and e-mail]

U.S. Dep't of Justice, ENRD, Appellate Section | Sullivan & Cromwell LLP
PO Box 7415, Ben Franklin Station, Washington, DC 20044 | 1700 New York Ave., NW Suite 700, Washington, DC 20006
(202) 514-4081, daniel.j.halainen@usdoj.gov | (202) 956-7500, wallj@sullcrom.com

Court- Judge/ Agency appealed from: U.S. District Court for the Eastern District of New York, Hon. Orelia E. Merchant

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
DANIEL HALAINEN (Digitally signed by DANIEL HALAINEN, Date: 2025.04.24 14:47:54 -04'00')  **Date:** April 24, 2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

No. 24-3104

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff/Appellant*,

v.

EBAY, INC.,
*Defendant/Appellee*.

Appeal from the United States District Court for the Eastern District of New York
No. 1:23-cv-7173 (Hon. Orelia Merchant)

**UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Plaintiff-Appellant United States of America moves for voluntary dismissal of its appeal. Undersigned counsel conferred with counsel for Defendant-Appellee eBay, Inc., who confirmed that eBay, Inc., consents to this motion. The parties have agreed to bear their own costs in connection with this appeal.

1

Respectfully submitted,

/s/ *Daniel Halainen*
ADAM R.F. GUSTAFSON
*Acting Assistant Attorney General*

DANIEL HALAINEN
*Attorney*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 514-4081
daniel.j.halainen@usdoj.gov

April 24, 2025
90-5-2-1-12508